# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In Re:    CYNTHIA D LEWIS              §             Case No.: 12-16641
                                       §
                                       §
                                       §
                                       §
         Debtor(s)                     §
---

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/24/2012.

2) This case was confirmed on 08/06/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 10/15/2012.

5) The case was converted on 11/27/2012.

6) Number of months from filing to the last payment: 3

7) Number of months case was pending: 7

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $     3,300.00

10) Amount of unsecured claims discharged without payment $     .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $ 808.00 |
| Less amount refunded to debtor | $ .00 |
| **NET RECEIPTS** | $ 808.00 |

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid through the Plan | $ 649.56 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 23.44 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 673.00 |
| Attorney fees paid and disclosed by debtor | $ .00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| INTERNAL REVENUE SER | PRIORITY | 5,521.72 | 5,027.46 | 5,027.46 | .00 | .00 |
| INTERNAL REVENUE SER | UNSECURED | 15.02 | 39.10 | 39.10 | .00 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | 1,162.88 | 964.95 | 964.95 | .00 | .00 |
| SANTANDER CONSUMER U | SECURED | 11,475.00 | 13,031.00 | 11,475.00 | 120.00 | .00 |
| SANTANDER CONSUMER U | UNSECURED | 7,508.16 | .00 | 1,556.00 | .00 | .00 |
| ILLINOIS DEPT OF REV | PRIORITY | 1,107.66 | 1,209.41 | 1,209.41 | .00 | .00 |
| EM STRATEGIES | UNSECURED | 284.00 | NA | NA | .00 | .00 |
| BUDGET COUNSELORS IN | UNSECURED | 350.00 | NA | NA | .00 | .00 |
| SOUTHWEST ANESTHESIA | UNSECURED | 408.00 | NA | NA | .00 | .00 |
| CAPITAL ONE | UNSECURED | 404.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO DEPT | UNSECURED | 756.40 | 1,264.92 | 1,264.92 | .00 | .00 |
| ILLINOIS BELL TELEPH | UNSECURED | 128.00 | 128.60 | 128.60 | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 1,018.37 | NA | NA | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 343.30 | NA | NA | .00 | .00 |
| COMCAST | UNSECURED | 285.00 | NA | NA | .00 | .00 |
| THE CENTER FOR SURGE | UNSECURED | 143.00 | NA | NA | .00 | .00 |
| PATHOLOGY ASSOCAITES | UNSECURED | 158.00 | NA | NA | .00 | .00 |
| ECMC | UNSECURED | 5,851.00 | 5,888.22 | 5,888.22 | .00 | .00 |
| EUGENE PARINI | UNSECURED | 1,030.00 | NA | NA | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | 375.00 | NA | NA | .00 | .00 |
| HANGER ORTHOPEDIC GR | UNSECURED | 150.00 | NA | NA | .00 | .00 |
| HYDE PARK ANIMAL HOS | UNSECURED | 437.82 | NA | NA | .00 | .00 |
| AT&T | UNSECURED | 659.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ILLINOIS DEPT OF REV | UNSECURED | 169.00 | 204.80 | 204.80 | .00 | .00 |
| SILVER CROSS HOSPITA | UNSECURED | 417.00 | NA | NA | .00 | .00 |
| LITTLE CO MARY HOSPI | UNSECURED | 1,843.80 | NA | NA | .00 | .00 |
| EM STRATEGIES | UNSECURED | 284.00 | NA | NA | .00 | .00 |
| PROVENA ST JOSEPH ME | UNSECURED | 660.00 | NA | NA | .00 | .00 |
| CHASE/ACS | UNSECURED | 4,006.00 | NA | NA | .00 | .00 |
| NICOR GAS | UNSECURED | 1,741.88 | 1,741.88 | 1,741.88 | .00 | .00 |
| NU MARK CREDIT UNION | UNSECURED | 100.00 | 1,091.63 | 1,091.63 | .00 | .00 |
| QUEST DIAGNOSTICS | UNSECURED | 125.00 | NA | NA | .00 | .00 |
| RADIOLOGY IMAGING SP | UNSECURED | 168.00 | NA | NA | .00 | .00 |
| GARY METHODIST SOUTH | UNSECURED | 202.00 | NA | NA | .00 | .00 |
| SOUTHWEST RHEUMATOLO | UNSECURED | 11.72 | NA | NA | .00 | .00 |
| UNIVERSITY OF PHOENI | UNSECURED | 1,340.00 | NA | NA | .00 | .00 |
| WOW CHICAGO | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| ROBERT J SEMRAD & AS | PRIORITY | NA | .00 | 15.00 | 15.00 | .00 |
| ROBERT J SEMRAD & AS | PRIORITY | NA | .00 | 3,500.00 | 649.56 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 11,475.00 | 120.00 | .00 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 11,475.00 | 120.00 | .00 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 6,251.87 | 15.00 | .00 |
| **TOTAL PRIORITY:** | 6,251.87 | 15.00 | .00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | 12,880.10 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 673.00 |
| Disbursements to Creditors | $ | 135.00 |
| **TOTAL DISBURSEMENTS:** | $ | 808.00 |

12)   The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated:   12/05/2012               /s/ Tom Vaughn
                                  Tom Vaughn, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**